**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**AARON D. YOUNKER,**

      **Plaintiff,**

                                          Civil Action 2:11-cv-00749
**v.**                                          Judge GREGORY L. FROST
                                          Magistrate Judge E.A. Preston Deavers

**OHIO STATE UNIVERSITY
MEDICAL CENTER,** *et al.***,**

      **Defendants.**

## ORDER

This matter is before the Court for consideration of the April 25, 2012 Order and Report and Recommendation of the Magistrate Judge. (ECF No. 46.) The Magistrate Judge recommended that the Court deny Defendant Hudson's Motion for Judgment on the Pleadings.[1] (ECF No. 16.)

The Order and Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 13, ECF No. 46.) The time period for filing objections to the Order and Report and Recommendation has expired. No party has objected to the Order and Report and Recommendation.

---

[1] The Order and Report and Recommendation also granted in part and denied in part Plaintiff's original Motion to Amend. (ECF No. 32.) The Court granted the Motion to the extent that Plaintiff provided further details regarding his claim against Defendant Hudson and added Defendant Gary Mohr. The Court denied the Motion to the extent Plaintiff attempted to revive his claims against The Ohio State university Medical Center and Dr. Paul Berry.

The Court reviewed the Order and Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Order and Report and Recommendation of the Magistrate Judge.  Accordingly, Defendant Stuart Hudson's Motion for Judgment on the Pleadings is **DENIED**.  (ECF No. 16.)

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/   Gregory L. Frost
　　　　　　　　　　　　　　　　　　　　　　　**GREGORY L. FROST**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**